**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HUNG HA,

        Plaintiff,

  v.

CLERK OF U.S. DISTRICT COURT FOR NOTHERN CALIFORNIA, et al.,

        Defendants.
_____/

No. C 12-80154 MISC RS

**ORDER DENYING LEAVE TO FILE COMPLAINT**

By order of July 1, 2010, in *Hung Ha v. U.S. Attorney General, et al.*, No. C 09-05281, this Court designated plaintiff a vexatious litigation. Plaintiff is thus required to obtain leave of court before filing a new complaint. Despite this order, plaintiff has since attempted to file a number of actions in this district without prior court approval. Plaintiff now files suit against Federal Marshal Sacco and the Clerk of Court for the Northern District of California, alleging that they improperly prevented him from filling an appeal in the above-mentioned case.

It is difficult to discern plaintiff's legal claims from review of his complaint. Furthermore, despite his allegations against defendants, an appeal has in fact been filed in *Hung Ha v. U.S. Attorney General, et al.*, No. C 09-05281. Consequently, based on the Court's pre-filing review, plaintiff will not be permitted to file this new suit.

No. C
Order

IT IS SO ORDERED.

Dated: 8/1/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE